Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of Pecorino cheese and Feta cheese similar in all material respects to those the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503) and *Lekas & Drivas, Inc.* v. *United States* (33 Cust. Ct. 242, C. D. 1660), the claim of the plaintiffs was sustained.

**No. 59564.**—Murmac Importing Corp. v. United States, protests 211787–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 59565.**—Meredith Galleries and R. J. Saunders & Co., Inc. v. United States, protests 247272–K and 247273–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures or figurines similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.

**No. 59566.**—John L. Westland & Son, Inc. v. United States, protest 257873–K (Los Angeles).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended May 25, 1955, effective July 1, 1955, the protest was dismissed for lack of prosecution.

**No. 59567.**—The Crosse & Blackwell Co. and Daniel F. Young, Inc. v. United States, protests 182113–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef stew the same in all material respects as that the subject of *United States* v. *The Crosse & Blackwell Co.* (42 C. C. P. A. 99, C. A. D. 579), the claim of the plaintiffs was sustained.

**No. 59568.**—The Crosse & Blackwell Company *v.* United States, protests 187313–K and 193843–K (Baltimore).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef stew the same in all material respects as that the subject of *United States* v. *The Crosse & Blackwell Co.* (42 C. C. P. A. 99, C. A. D. 579), the claim of the plaintiff was sustained.

**No. 59569.**—The Crosse & Blackwell Company *v.* United States, protests 206266–K/4437 and 207757–K/4620 (Chicago).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef stew the same in all material respects as that the subject of *United States* v. *The Crosse & Blackwell Co.* (42 C. C. P. A. 99, C. A. D. 579), the claim of the plaintiff was sustained.

**No. 59570.**—Holland Colombo Trading Society, Inc., et al. *v.* United States, protests 182009–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of coconut shell charcoal the same in all material respects as that the subject of *Holland Colombo Trading Society, Inc.* v. *United States* (34 Cust. Ct. 90, C. D. 1684), the claim for free entry under paragraph 1802 was sustained.

**No. 59571.**—Holland Colombo Trading Society, Inc. *v.* United States, protests 189348–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of coconut shell charcoal the same in all material respects as that the subject of *Holland Colombo Trading Society, Inc.* v. *United States*